UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:23cv21747

JOSSELIN PAOLA BANEGAS BARDALES,
and other similarly situated individuals,

    Plaintiff,

v.

MINT CENTER LLC., d/b/a
MINT WELLNESS CENTER MIAMI,
A Florida Corporation and
MINT DESIGN LLC., A Florida
Corporation,

    Defendants.
_____/

NOTICE OF REMOVAL

By and through undersigned counsel, Defendants MINT CENTER LLC., and MINT DESIGN LLC., remove the instant action from the County Court in and for Miami-Dade County, Florida and state:

1. Plaintiff filed her Complaint (2023-017511 CC 25) in the County Court in and for Miami-Dade County on March 15, 2023.

2. Defendants were served with this action on April 19, 2023.

3. This is an action arising under the laws of the United States of America, 29 U.S.C. Sec. 201 et seq., the Fair Labor Standards Act. As a result thereof, this action raises a federal question and this Court has jurisdiction over such claims.

4. Removal to this Court is appropriate and proper.

5. A copy of the docket and documents filed with the Clerk of Court Miami-Dade County is attached as an exhibit to this filing.

Respectfully Submitted May 9, 2023.

    \_\_/s Lowell J. Kuvin_____
Lowell J. Kuvin
Fla. Bar No.:53072
lowell@kuvin.law
Law Office of Lowell J. Kuvin
17 East Flagler St. Suite 223
Miami Florida 33131
Tele:   305.358.6800
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.