UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-21747-CIV-MARTINEZ

JOSSELIN PAOLA BANEGAS BARDALES,

    Plaintiff,

v.

MINT CENTER LLC., d/b/a MINT WELLNESS CENTER MIAMI, and MINT DESIGN LLC,

    Defendants.
_____/

## ORDER OF TRANSFER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record.

**GOOD CAUSE** appearing that a transfer of this cause is appropriate pursuant to Internal Operating Procedure 2.15.00, due to the related nature of case number 23-cv-21530-RAR, and subject to the consent of the Honorable Rodolfo A. Ruiz, it is:

**ADJUDGED** that the above numbered cause is transferred to the calendar of Judge Ruiz for all further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11 day of May, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above numbered cause, the undersigned accepts the transfer of this case. Therefore, it is

**ADJUDGED** that all pleadings filed after this date shall bear the following case number, 23-cv-21530-RAR, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th  day of May, 2023.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

Copies provided to:
Clerk's Office
All Counsel of Record