UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-21530-RAR

**GUADALUPE SUAZO DE ORDONEZ**,
*and all similarly situated individuals*,

    Plaintiff,

v.

**MINT CENTER LLC**,
*d/b/a Mint Wellness Center Miami, et al.*,

    Defendants.
_____/

## ORDER CONSOLIDATING CASES

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. Defendants have removed four, nearly identical actions to the Southern District of Florida: *Bardales v. Mint Center, LLC*, Case No. 23-cv-21747; *Espinoza v. Mint Center, LLC*, Case No. 23-cv-21748; *Ochoa v. Mint Center, LLC*, Case No. 23-cv-21749; and this case, *Suazo de Ordonez v. Mint Center, LLC*, Case No. 23-cv-21530. All of these cases have been assigned or transferred to the undersigned pursuant to the Internal Operating Procedures in the Southern District of Florida. The parties have already consented to consolidate *Ochoa* and *Bardales* with this matter. *Ochoa v. Mint Center, LLC*, No. 23-21749, [ECF No. 5]; *Bardales v. Mint Center, LLC*, No. 23-21747, [ECF No. 6]. Accordingly, pursuant to Federal Rule of Civil Procedure 42(a)(2), the Court exercises its discretion to consolidate these four actions. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** as follows:

    1. **Case No. 23-cv-21747, Case No. 23-cv-21748, Case No. 23-cv-21749,** and **Case No. 23-cv-21530** are hereby **CONSOLIDATED**.

2. The Clerk of the Court is instructed to **CLOSE Case No. 23-cv-21747, Case No. 23-cv-21748,** and **Case No. 23-cv-21749** for administrative purposes only.

3. The parties are instructed to file all future pleadings under **Case No. 23-cv-21530-RAR only.**

**DONE AND ORDERED** in Miami, Florida, this 15th day of May, 2023.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**